**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **CHRISTOPHER LIROY TYSON** | **CASE NO. 6:19-CV-00726** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PHILIP MATTHEW DASPIT, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons set forth in section II(B)(2)(a) of the Report and Recommendation of the Magistrate Judge (i.e., that portion of the Report and Recommendation addressing Plaintiff's state law claim of malicious prosecution) [*see* ECF No. 45 at pp. 15-21], and for the reasons set forth in the Court's Ruling on Objections issued this date,

IT IS ORDERED that the Motion to Dismiss [ECF No. 35], filed by Defendants Lafayette City-Parish Consolidated Government and Officer Philip Daspit, is DENIED in its entirety.

THUS DONE in Chambers on this 1st day of October, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE